# Cindy Boyle

| | |
|---|---|
| **From:** | Lisa Gonsalves |
| **Sent:** | Monday, March 2, 2020 12:04 PM |
| **To:** | Cindy Boyle |
| **Subject:** | RE: 18 cv 1680 |

Good afternoon –

It appears the notice of appeal was e-filed properly by the attorney, a USCA case number/case manager was assigned, and there was a supplemental record sent up regarding the 1/13/2020 order. That is the last thing on our docket.

Let me know what information do you need us to email.

Thank you,

Lisa G

**From:** Cindy Boyle
**Sent:** Monday, March 2, 2020 10:57 AM
**To:** Lisa Gonsalves <Lisa_Gonsalves@pamd.uscourts.gov>
**Subject:** 18 cv 1680

Hi Lisa,

Can you look at this case for me when you have a second please? It looks like the matter was appealed to the Third Circuit Court of Appeals on 12/13/2019. Does your office email us anything on this? Our procedures say that your office will send us an email which we will docket on our docket. Maybe you did send one in this case and I missed it. Would you mind checking when you have a moment please?

Thank you,

Cindy Boyle